**ORIGINAL**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL 16 2015

CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL ACTION NO. |
| | ) | |
| v. | ) | 4:15-CR-00152-A (7) |
| | ) | |
| PHILLIP SCHENCK, | ) | |

## DEFENSE COUNSEL'S SHOW CAUSE

Comes Now the Defense Counsel for Phillip Schenck, Christopher K. Woodward, and state the following:

On July 10, 2015, during a telephone conference call with the Court, AUSA, Defendant, and prior Defense Counsel, the Court ordered this Defense Counsel to file a Notice of Appearance. Immediately following that conference call, this Counsel called the District Clerks Office in Fort Worth to inquire about the Notice of Appearance that Counsel had filed on July 9, 2015 along with his Motion to Substitute and Motion to Continue Pretrial Motions Deadline. The District Clerks Office notified this Counsel that they in fact had a Notice of Appearance on file and that I did not need to do anything else. I should have inquired with the Court during the telephone conference about the Notice of Appearance that I had filed on July 9, 2015. I failed to do that and **I sincerely apologize to the Court**. I understand now that the Court required the Court's Notice of Appearance to be filed and in fact I filed said Notice of Appearance today, July 16, 2015.

Respectfully submitted,

By: _/s/ Christopher K. Woodward_
Christopher K. Woodward
Texas State Bar No. 24003645

Defendant's Objections the PSR
Page 1 of 2

>The Woodward Law Firm
>2525 McKinnon Street, Suite 420
>Dallas, Texas 75201
>Office  214 / 855-0555
>Fax      214 / 871-3303
>
>Attorney for Defendant
>PHILLIP SCHENCK

## CERTIFICATE OF SERVICE

I, Christopher K. Woodward, certify that on the date shown below, a true and correct copy of the foregoing Motion was hand delivered/filed with the District Clerk for the Northern District of Texas Fort Worth Division.

Date: 07/16/2015

By: _____
Christopher K. Woodward

Attorney for Defendant
PHILLIP SCHENCK